# ORDER

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELO VALENTINO and LILLIAN VALENTINO, per quod, <br><br> Plaintiffs, <br><br> v. <br><br> SIG SAUER INC., <br><br> Defendant. | Civil Action No.: 23-cv-01309 (BRM) (JRA) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Angelo and Lillian Valentino and Defendant Sig Sauer, Inc. that all of Plaintiffs' claims in this action shall be, and are hereby, VOLUNTARILY DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

*/s/ Damon A. Vespi*
Damon A. Vespi, Esq.
Vespi Law Firm
361 Union Blvd.
Totowa, NJ
Tel: 973-633-1000
info@vespilegal.com
*Attorney for Plaintiffs*

*/s/ Jonathan T. Woy*
Jonathan T. Woy, Esq.
Littleton Joyce Ughetta & Kelly LLP
100 Matsonford Rd., 4-520
Radnor, PA
Tel: 484-254-6225
Jonathan.woy@littletonjoyce.com
*Attorney for Sig Sauer, Inc.*

Dated: July 22, 2024

**SO ORDERED:**

    *s/Jamel K. Semper*
**Hon. Jamel K. Semper, U.S.D.J.**
**Dated: July 24, 2024**

1